**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division DIVISION**

In re:  CHANDLER, ANGELA M.                §    Case No. 15-42149CPJ
                                           §
                                           §
                                           §
         Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Deborah Ebner, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $10,900.00 | Assets Exempt: | $8,400.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $4,165.93 | Claims Discharged Without Payment: | $11,510.70 |
| Total Expenses of Administration: | $17,834.07 | | |

3) Total gross receipts of $22,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $22,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $30,000.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $17,834.07 | $17,834.07 | $17,834.07 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $0.00 | $43,375.94 | $15,676.63 | $4,165.93 |
| **TOTAL DISBURSEMENTS** | $0.00 | $91,210.01 | $33,510.70 | $22,000.00 |

4) This case was originally filed under chapter 7 on 12/15/2015. The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/04/2017            By: /s/ Deborah Ebner
                                  Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Counterclaims vs. Erie Insurance a/s/o John Willis and John Willis(Landlord), for damages and statutory violations, Attorney Burton Ring. | 1142-000 | $22,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$22,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1S-2 | John Willis and Erie Insurance c/o R. Connor & Assoc. P?C | 4110-000 | NA | $15,000.00 | $0.00 | $0.00 |
| 1S | John Willis and Erie Insurance c/o R. Connor & Assoc. P?C | 4110-000 | NA | $15,000.00 | $0.00 | $0.00 |
| | **TOTAL SECURED** | | **$0.00** | **$30,000.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Deborah Ebner | 2100-000 | NA | $2,950.00 | $2,950.00 | $2,950.00 |
| Trustee, Expenses - Deborah Ebner | 2200-000 | NA | $40.36 | $40.36 | $40.36 |
| Attorney for Trustee Fees - FACTORLAW | 3110-000 | NA | $8,552.50 | $8,552.50 | $8,552.50 |
| Attorney for Trustee, Expenses - FACTORLAW | 3120-000 | NA | $291.21 | $291.21 | $291.21 |
| Other Professional Fees - Berton Ring | 3991-000 | NA | $6,000.00 | $6,000.00 | $6,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$17,834.07** | **$17,834.07** | **$17,834.07** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | John Willis and Erie Insurance c/o R. Connor & Assoc. P?C | 7100-000 | NA | $12,855.34 | $0.00 | $0.00 |
| 1U-2 | John Willis and Erie Insurance c/o R. Connor & Assoc. P?C | 7100-000 | NA | $14,843.97 | $0.00 | $0.00 |
| 2 | American InfoSource LP as agent for TD Bank, USA | 7100-000 | NA | $1,680.97 | $1,680.97 | $446.71 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | NA | $12,071.45 | $12,071.45 | $3,207.88 |
| 4 | Capital One NA c/o Becket and Lee LLP | 7100-000 | NA | $1,924.21 | $1,924.21 | $511.34 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$0.00** | **$43,375.94** | **$15,676.63** | **$4,165.93** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 1

| Case No.: | 15-42149CPJ | Trustee Name: | (330480) Deborah Ebner |
| Case Name: | CHANDLER, ANGELA M. | Date Filed (f) or Converted (c): | 12/15/2015 (f) |
| | | § 341(a) Meeting Date: | 01/21/2016 |
| For Period Ending: | 05/04/2017 | Claims Bar Date: | 06/22/2016 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Acura TL 2008 110000 fair condition. Entire property value: $6000 | 6,000.00 | 0.00 | | 0.00 | FA |
| 2 | Household goods | 500.00 | 0.00 | | 0.00 | FA |
| 3 | TV and cell phone | 100.00 | 0.00 | | 0.00 | FA |
| 4 | Deposits of money - : Bank of America Checking | 300.00 | 0.00 | | 0.00 | FA |
| 5 | : IRA-Scotttrade | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | : Scottrade | 1,000.00 | 0.00 | | 0.00 | FA |
| 7 | Rent; Security Deposit | 2,000.00 | 0.00 | | 0.00 | FA |
| 8 | Counterclaims vs. Erie Insurance a/s/o John Willis and John Willis(Landlord), for damages and statutory violations, Attorney Burton Ring. | Unknown | 22,000.00 | | 22,000.00 | FA |
| 8 | Assets      Totals      (Excluding unknown values) | **$10,900.00** | **$22,000.00** | | **$22,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

01/29/2017 - case fully administered; prepare TFR
6/30/2016  - Settlement meeting with atty. for Erie insurance scheduled for  July 8, 2016.

| Initial Projected Date Of Final Report (TFR): | | Current Projected Date Of Final Report (TFR): | 02/22/2017 (Actual) |

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 9
Page: 1

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-42149CPJ | | Trustee Name: | Deborah Ebner (330480) |
|---|---|---|---|---|
| Case Name: | CHANDLER, ANGELA M. | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0054 | | Account #: | ******1600 Checking |
| For Period Ending: | 05/04/2017 | | Blanket Bond (per case limit): | $5,000,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/18/2017 | {8} | Erie Insurance Exchange | Gross Settlement authorized per ct. order out of which Ring to receive admin. claim of $6,000.00 | 1142-000 | 22,000.00 | | 22,000.00 |
| 01/25/2017 | 101 | Berton Ring | Administrative claim per settlement order. | 3991-000 | | 6,000.00 | 16,000.00 |
| 03/22/2017 | 102 | Deborah Ebner | Distribution payment - Dividend paid at 100.00% of $2,950.00; Claim # FEE; Filed: $2,950.00 Voided on 03/22/2017 | 2100-000 | | 2,950.00 | 13,050.00 |
| 03/22/2017 | 102 | Deborah Ebner | Distribution payment - Dividend paid at 100.00% of $2,950.00; Claim # FEE; Filed: $2,950.00 Voided: check issued on 03/22/2017 | 2100-000 | | -2,950.00 | 16,000.00 |
| 03/22/2017 | 103 | FACTORLAW | Distribution payment - Dividend paid at 100.00% of $8,552.50; Claim # LEGAL ADMIN; Filed: $8,552.50 Voided on 03/22/2017 | 3110-000 | | 8,552.50 | 7,447.50 |
| 03/22/2017 | 103 | FACTORLAW | Distribution payment - Dividend paid at 100.00% of $8,552.50; Claim # LEGAL ADMIN; Filed: $8,552.50 Voided: check issued on 03/22/2017 | 3110-000 | | -8,552.50 | 16,000.00 |

{} Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)                                      ! - transaction has not been cleared

Exhibit 9
Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-42149CPJ | | Trustee Name: | Deborah Ebner (330480) |
|---|---|---|---|---|
| Case Name: | CHANDLER, ANGELA M. | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0054 | | Account #: | ******1600 Checking |
| For Period Ending: | 05/04/2017 | | Blanket Bond (per case limit): | $5,000,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/22/2017 | 104 | FACTORLAW | Distribution payment - Dividend paid at 100.00% of $291.21; Claim # ATTY EXP; Filed: $291.21 Voided on 03/22/2017 | 3120-000 | | 291.21 | 15,708.79 |
| 03/22/2017 | 104 | FACTORLAW | Distribution payment - Dividend paid at 100.00% of $291.21; Claim # ATTY EXP; Filed: $291.21 Voided: check issued on 03/22/2017 | 3120-000 | | -291.21 | 16,000.00 |
| 03/22/2017 | 105 | American InfoSource LP as agent for TD Bank, USA | Distribution payment - Dividend paid at 26.83% of $1,680.97; Claim # 2; Filed: $1,680.97 Voided on 03/22/2017 | 7100-000 | | 451.03 | 15,548.97 |
| 03/22/2017 | 105 | American InfoSource LP as agent for TD Bank, USA | Distribution payment - Dividend paid at 26.83% of $1,680.97; Claim # 2; Filed: $1,680.97 Voided: check issued on 03/22/2017 | 7100-000 | | -451.03 | 16,000.00 |
| 03/22/2017 | 106 | Capital One Bank (USA), N.A. | Distribution payment - Dividend paid at 26.83% of $12,071.45; Claim # 3; Filed: $12,071.45 Voided on 03/22/2017 | 7100-000 | | 3,238.96 | 12,761.04 |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

| | | Exhibit 9 |
|---|---|---|
| | Form 2 | Page: 3 |

## Cash Receipts And Disbursements Record

| Case No.: | 15-42149CPJ | Trustee Name: | Deborah Ebner (330480) |
|---|---|---|---|
| Case Name: | CHANDLER, ANGELA M. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0054 | Account #: | ******1600 Checking |
| For Period Ending: | 05/04/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/22/2017 | 106 | Capital One Bank (USA), N.A. | Distribution payment - Dividend paid at 26.83% of $12,071.45; Claim # 3; Filed: $12,071.45 Voided: check issued on 03/22/2017 | 7100-000 | | -3,238.96 | 16,000.00 |
| 03/22/2017 | 107 | Capital One NA c/o Becket and Lee LLP | Distribution payment - Dividend paid at 26.83% of $1,924.21; Claim # 4; Filed: $1,924.21 Voided on 03/22/2017 | 7100-000 | | 516.30 | 15,483.70 |
| 03/22/2017 | 107 | Capital One NA c/o Becket and Lee LLP | Distribution payment - Dividend paid at 26.83% of $1,924.21; Claim # 4; Filed: $1,924.21 Voided: check issued on 03/22/2017 | 7100-000 | | -516.30 | 16,000.00 |
| 03/22/2017 | 108 | FACTORLAW | Distribution payment - Dividend paid at 100.00% of $291.21; Claim # ATTY EXP; Filed: $291.21 | 3120-000 | | 291.21 | 15,708.79 |
| 03/22/2017 | 109 | Deborah Ebner | Distribution payment - Dividend paid at 100.00% of $2,950.00; Claim # FEE; Filed: $2,950.00 | 2100-000 | | 2,950.00 | 12,758.79 |
| 03/22/2017 | 110 | FACTORLAW | Distribution payment - Dividend paid at 100.00% of $8,552.50; Claim # LEGAL ADMIN; Filed: $8,552.50 | 3110-000 | | 8,552.50 | 4,206.29 |

{} Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)                                                                                              ! - transaction has not been cleared

Exhibit 9
Page: 4

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-42149CPJ | | Trustee Name: | Deborah Ebner (330480) |
|---|---|---|---|---|
| Case Name: | CHANDLER, ANGELA M. | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0054 | | Account #: | ******1600 Checking |
| For Period Ending: | 05/04/2017 | | Blanket Bond (per case limit): | $5,000,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/22/2017 | 111 | Deborah Ebner | Distribution payment - Dividend paid at 100.00% of $40.36; Claim # TE; Filed: $40.36 | 2200-000 | | 40.36 | 4,165.93 |
| 03/22/2017 | 112 | American InfoSource LP as agent for TD Bank, USA | Distribution payment - Dividend paid at 26.57% of $1,680.97; Claim # 2; Filed: $1,680.97 | 7100-000 | | 446.71 | 3,719.22 |
| 03/22/2017 | 113 | Capital One Bank (USA), N.A. | Distribution payment - Dividend paid at 26.57% of $12,071.45; Claim # 3; Filed: $12,071.45 | 7100-000 | | 3,207.88 | 511.34 |
| 03/22/2017 | 114 | Capital One NA c/o Becket and Lee LLP | Distribution payment - Dividend paid at 26.57% of $1,924.21; Claim # 4; Filed: $1,924.21 | 7100-000 | | 511.34 | 0.00 |
| | | | **COLUMN TOTALS** | | 22,000.00 | 22,000.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 22,000.00 | 22,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$22,000.00** | **$22,000.00** | |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 5

| | |
|---|---|
| **Case No.:** | 15-42149CPJ |
| **Case Name:** | CHANDLER, ANGELA M. |
| **Taxpayer ID #:** | **-***0054 |
| **For Period Ending:** | 05/04/2017 |

| | |
|---|---|
| **Trustee Name:** | Deborah Ebner (330480) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******1600 Checking |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******1600 Checking | $22,000.00 | $22,000.00 | $0.00 |
| | **$22,000.00** | **$22,000.00** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)